IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Faber, Sean F | Case Number: 06 B 07619 |
|---|---|
| | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 6/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: March 4, 2009
Confirmed: September 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,325.00 |  |
| Secured: |  | 1,879.50 |
| Unsecured: |  | 1,638.63 |
| Priority: |  | 2,868.99 |
| Administrative: |  | 2,415.00 |
| Trustee Fee: |  | 522.88 |
| Other Funds: |  | 0.00 |
| Totals: | 9,325.00 | 9,325.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,415.00 | 2,415.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | North Shore Condominium Association | Secured | 0.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 210.00 | 210.00 |
| 6. | Chase Home Finance | Secured | 1,669.50 | 1,669.50 |
| 7. | Internal Revenue Service | Priority | 2,868.99 | 2,868.99 |
| 8. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 238.34 | 76.65 |
| 11. | American Express | Unsecured | 3,250.64 | 1,045.18 |
| 12. | Resurgent Capital Services | Unsecured | 1,207.30 | 388.19 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 400.00 | 128.61 |
| 14. | Internal Revenue Service | Priority | | No Claim Filed |
| 15. | Emergency & Ambulatory | Unsecured | | No Claim Filed |
| 16. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| | | | $ 12,259.77 | $ 8,802.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 106.80 |
| 5.4% | 230.04 |
| 6.5% | 91.29 |
| 6.6% | 94.75 |
| | $ 522.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Faber, Sean F

Printed: 03/10/09

Case Number:  06 B 07619
Judge:  Squires, John H
Filed:  6/29/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

       Marilyn O. Marshall, Trustee, by:

*/s/ Mach*